IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| SCOTT CHRISTIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 3:14cv57-HTW-LRA |
| vs. ) | |
| ) | |
| ILLINOIS CENTRAL RAILROAD ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Before the Court is Plaintiff's Unopposed Motion for Extension of Time in Which to File Responses to Motions *In Limine*. For good cause shown, the motion is granted. The deadline to file responses to Motions *In Limine* is extended up to and including October 9, 2015.

**SO ORDERED** this 22nd day of October, 2015.

s/ HENRY T. WINGATE   _
HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE

1