IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

**SCOTT CHRISTIAN,**                                                **PLAINTIFF**

**VS.**                         **CIVIL ACTION NO.: 3:14-cv-57-HTW-LRA**

**ILLINOIS CENT. R.R. CO.**                              **DEFENDANT**

## ORDER DENYING MOTIONS IN LIMINE

Before the court are various motions in limine as outlined below. This court has considered all of the submissions of the parties and is persuaded to DENY the below listed motions in limine until such time as this cause is brought to trial.

The motions in limine before this court are:

1. Motion to Exclude the Testimony of Plaintiff's Expert Patrick Reilly **[Docket no. 87]**

2. Motion to Exclude Testimony of Defendant's Expert Brian Weaver **[Docket no. 89]**

3. Motion to Exclude Testimony of Defendant's Expert Foster Peterson **[Docket no. 90]**

4. First Motion in Limine re Plaintiff's Special Damages **[Docket no. 110]**

5. Second Motion in Limine re Plaintiff's Special Damages **[Docket no. 111]**

6. Plaintiff's Motion in Limine re FELA Claim **[Docket no. 112]**

1

7. Plaintiff's Motion in Limine re FRSA Claim **[Docket no. 118]**

8. First Motion in Limine FRSA Claims **[Docket no. 119]**

9. Second Motion in Limine FRSA Claims **[Docket no. 120]**

This court has considered all of the submissions of the parties and is persuaded to DENY the above listed motions in limine until such time as this cause is brought to trial. **[Docket nos. 87, 89, 90, 110, 111, 112, 118, 1191 and 120]**.

**SO ORDERED** this 30TH day of September, 2016.

        s/ HENRY T. WINGATE  _
        UNITED STATES DISTRICT COURT JUDGE