IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**SCOTT CHRISTIAN**                                                                                         **PLAINTIFF**

**V.**                                                            **CIVIL ACTION NO. 3:14-cv-057 HTW-LRA**

**ILLINOIS CENTRAL RAILROAD COMPANY**                                               **DEFENDANT**

## FINAL JUDGMENT ON JURY VERDICT

THIS CAUSE came on to be heard on November 14 through 28, 2016, on the Complaint of Scott Christian, the Plaintiff, against the Defendant Illinois Central Railroad Company. Having been called for trial and all parties being present in open court and represented by counsel and having announced ready for trial upon issue joined, this matter proceeded to trial before a jury of eight (8) good and lawful citizens. All parties presented evidence and finally rested their case. After hearing all of the evidence and arguments of counsel presented on November 14-28, 2016, this matter was presented to the Jury upon instructions by the Court.

The Jury thereupon retired, deliberated, and returned into open court a verdict in favor of Plaintiff on his claim under the Federal Employers' Liability Act (FELA), in the amount of $75,000 for lost wages, $50,000 for past physical pain and suffering, $75,000 for future pain and suffering, 0 for past mental anguish, 0 for future mental anguish, $20,000 for past loss of enjoyment of life, and 0 for future loss of enjoyment of life, with a finding of comparative negligence on the part of Plaintiff of 55%. The jury then found for Defendant as to Plaintiff's claim under the Federal Safety Appliance Act (FSAA).

The Court, having received the verdict and determined that the verdict was unanimous, finds that Judgment should be entered in favor of Plaintiff against Illinois Central Railroad Company in the amount of $99,000, which is $220,000 reduced by 55%.

IT IS THEREFORE ORDERED AND ADJUDGED that this final Judgment be entered in favor of Scott Christian in the amount of $99,000.00.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff is awarded costs which shall be taxed separately in accordance with the law.

IT IS FURTHER ORDERED AND ADJUDGED that the parties have twenty-eight (28) days from the entry of Judgment to file post-trial motions.

SO ORDERED AND ADJUDGED, this the 6th day of December, 2016.

**s/ HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**