# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**SCOTT CHRISTIAN**                                                                                           **PLAINTIFF**

**VS.**                                                            **CIVIL ACTION NO.: 3:14-CV-057-HTW-LRA**

**ILLINOIS CENTRAL RAILROAD COMPANY**                                            **DEFENDANT**

## ORDER OF DISMISSAL

All parties having agreed to and announced to the court a settlement of this case, and the court being desirous that this matter be finally closed on its active docket,

IT IS ORDERED that this case is hereby dismissed as to all parties.

If any party fails to consummate this settlement within THIRTY (30) DAYS, any aggrieved party may reopen the case for enforcement of the settlement agreement and, if successful, all additional attorney fees and costs from the date of this order shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

The Court specifically retains jurisdiction to enforce the settlement agreement.

**SO ORDERED** this 6th day of January, 2017.

                                                                             _____s/ HENRY T. WINGATE_____
                                                                             UNITED STATES DISTRICT COURT JUDGE

1